1  FISHER & PHILLIPS LLP
   MARK J. RICCIARDI, ESQ.
2  Nevada Bar No. 3141
3  HOLLY E. WALKER. ESQ.
   Nevada Bar No. 14295
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, NV  89101
   Telephone:  (702) 252-3131
6  E-Mail Address:  mricciardi@fisherphillips.com
7  E-Mail Address:  hwalker@fisherphillips.com
   Attorney for Defendant
8  Jerry's Nugget

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JOHN MEGGS, an individual, | ) Case No.  2:18-cv-00928-GMN-VCF |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| JERRY'S NUGGET, a Nevada Corporation, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time up to and including August 10, 2018 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein.  Defense counsel has only recently been retained and needs additional time to review the matter.  This is the first

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 34261031.1

- 1 –

1  request for an extension.

| FULLER, FULLER & ASSOCIATES | FISHER & PHILLIPS |
|---|---|
| By: */s/ John P. Fuller, Esq.*<br>John P. Fuller, Esq.<br>12000 Biscayne Blvd., Ste. 502<br>North Miami, Florida 33181<br><br>Robert P. Spretnak, Esq.<br>Law Offices of Robert P. Spretnak<br>8275 S. Eastern Avenue, Ste. 200<br>Las Vegas, NV 89123<br>Attorneys for Plaintiff | By: */s/ Holly E. Walker, Esq.*<br>Mark J. Ricciardi, Esq.<br>Holly E. Walker, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas. NV 89101<br>Attorney for Defendant |

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Dated: July 20, 2018

DATED this 20th day of July 2018.

FISHER & PHILLIPS LLP

 /s/ Holly E. Walker, Esq.
HOLLY E. WALKER, ESQ.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant