FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: hwalker@fisherphillips.com
Attorneys for Defendant
Jerry's Nugget

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, | Case No. 2:18-cv-00928-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| | **(Second Request)** |
| JERRY'S NUGGET, a Nevada Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time, up to and including August 24, 2018, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein. The parties have agreed to discuss potential settlement and request this extension to facilitate the process. If settlement is not reached as a result of that discussion, Defendant shall have until August 24, 2018 to answer or otherwise respond to the Complaint. By entering into this Stipulation, Defendant does not waive any rights it has under statute, law, or rule to challenge or

///
///
///
///

oppose Plaintiff's Complaint. This is the second request for an extension.

| | |
|---|---|
| FULLER, FULLER & ASSOCIATES | FISHER & PHILLIPS |
| By: /s/ *John P. Fuller, Esq.* | |
| John P. Fuller, Esq. | By: /s/ *Holly E. Walker, Esq.* |
| 12000 Biscayne Blvd., Ste. 502 | Mark J. Ricciardi, Esq. |
| North Miami, Florida 33181 | Holly E. Walker, Esq. |
| | 300 S. Fourth Street |
| Robert P. Spretnak, Esq. | Suite 1500 |
| Law Offices of Robert P. Spretnak | Las Vegas, NV 89101 |
| 8275 S. Eastern Avenue, Ste. 200 | Attorneys for Defendant |
| Las Vegas, NV 89123 | |
| Attorneys for Plaintiff | |

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Dated: 8-10-2018

DATED this 10th day of August 2018.

        FISHER & PHILLIPS LLP


        /s/ Holly E. Walker, Esq.
        HOLLY E. WALKER, ESQ.
        300 S. Fourth Street
        Suite 1500
        Las Vegas, Nevada 89101
        Attorneys for Defendant