FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  mricciardi@fisherphillips.com
E-Mail Address:  hwalker@fisherphillips.com
Attorneys for Defendant
Jerry's Nugget

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JOHN MEGGS, an individual, | ) | Case No.  2:18-cv-00928-GMN-VCF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| JERRY'S NUGGET, a Nevada Corporation, | ) | |
| Defendant. | ) | |

John Meggs ("Meggs") and Defendant Jerry's Nugget, by and through their respective undersigned counsel, hereby notify the Court that they have reached a resolution of all claims raised by Meggs in this matter and are in the process of reducing the resolution to writing.  Accordingly, the parties agree that Defendant does not need to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

1   The parties agree to file a stipulation for dismissal within sixty (60) days.

2

3   Dated: August 24, 2018                    Dated: August 24, 2018

4   FULLER, FULLER & ASSOCIATES              FISHER & PHILLIPS

5

6   By: */s/ John P. Fuller, Esq.*           By: */s/ Holly E. Walker, Esq.*
7       John P. Fuller, Esq.                     Mark J. Ricciardi, Esq.
        12000 Biscayne Blvd., Ste. 502           Holly E. Walker, Esq.
8       North Miami, Florida 33181               300 S. Fourth Street
                                                 Suite 1500
9       Robert P. Spretnak, Esq.                 Las Vegas, NV 89101
10      Law Offices of Robert P. Spretnak        Attorneys for Defendant
        8275 S. Eastern Avenue, Ste. 200
11      Las Vegas, NV 89123
        Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 –

FPDOCS 34424125.1