FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  mricciardi@fisherphillips.com
E-Mail Address:  hwalker@fisherphillips.com
Attorneys for Defendant
Jerry's Nugget

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual,                )<br>                                                              )<br>                          Plaintiff,         )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>JERRY'S NUGGET, a Nevada Corporation, )<br>                                                              )<br>                          Defendant.       )<br>_____) | Case No.  2:18-cv-00928-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

///

///

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' respective counsel of record, that this matter be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

| FULLER, FULLER & ASSOCIATES | FISHER & PHILLIPS |
|---|---|
| By: */s/ John P. Fuller, Esq.* | By: */s/ Holly E. Walker, Esq.* |
| John P. Fuller, Esq.<br>12000 Biscayne Blvd., Ste. 502<br>North Miami, Florida 33181<br><br>Robert P. Spretnak, Esq.<br>Law Offices of Robert P. Spretnak<br>8275 S. Eastern Avenue, Ste. 200<br>Las Vegas, NV 89123<br>Attorneys for Plaintiff | Mark J. Ricciardi, Esq.<br>Holly E. Walker, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

**IT IS SO ORDERED.**

DATED this   1   day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT